Anna Potter, Appellant, v. Siegel-Cooper Company, Respondent.— Judgment affirmed, with costs. No opinion.

Felix N. De Luca and Others, Doing Business under the Firm Name and Style of De Luca, Borea & Company, Respondents, v. Scheer-Ginsberg Realty and Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Harry Roberts, Appellant. — Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Thomas Woods, Appellant. — Judgment affirmed. No opinion.

John R. Davidson, Appellant, v. Peter V. Stocky and Others, Respondents.— Judgment affirmed, with costs. No opinion. (Laughlin and Clarke, JJ., dissented.)

Richard J. Cummings, Respondent, v. New York and Long Island Traction Company, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $8,000, in which event judgment as modified and order affirmed, without costs. Settle order on notice.

The People of the State of New York ex rel. Andrew Zwirman, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Edward E. McCarney, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

The Rector, Churchwardens and Vestrymen of St. Stephen's Protestant Episcopal Church of the City of New York, Appellant, Respondent, v. The Rector, Churchwardens and Vestrymen of the Church of the Transfiguration in the City of New York, Respondent, Appellant.— Judgment affirmed, without costs, on *St. Stephen's Church v. Church of Transfiguration* (130 App. Div. 166). (Laughlin, J., dissenting on the former opinion of Patterson, P. J.)

Joseph Spiero, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Determination and judgment reversed on the dissenting opinion of Lehman, J., in the Appellate Term (reported in 64 Misc. Rep. 55); new trial ordered, with costs to appellant in this court and in the courts below to abide event.

Thomas Kirby, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. (Scott, J., dissenting.)

In the Matter of the Application of William H. Hotchkiss, as Superintendent of Insurance of the State of New York, Respondent, to Take Possession of the Property and to Conduct the Business of The New York and New England Underwriters at Lloyds of New York City, an Unincorporated Association of Individual Underwriters, Composed of Edward Pergoli and Others, Appellant.— — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Estate of Mendel Rosenthal, Deceased. Isidore Jackson, as Executor, etc., of Mendel Rosenthal, Deceased, Appellant; Pauline Rosenthal, as Administratrix, etc., of Harris Rosenthal, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, P. J., dissented.)